## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DEMETRA TRIGGS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | Case Number CIV-14-688-C |
| ) | |
| (1) STATE OF OKLAHOMA, ) | |
| (OKLAHOMA STATE HEALTH ) | Judge:  Robin J. Cauthron |
| DEPARTMENT), ) | |
| DOES 1 THROUGH 25, ) | |
| ) | |
| DEFENDANTS. ) | |

### JOINT STIPULATION OF DISMISSAL

COMES NOW, the parties, the Plaintiff, by and through her attorney of record, Curtis G. Oler and the Defendants by and through their attorney of record, Donald D. Maisch and for this Joint Stipulation of Dismissal states as follows:

1. The Plaintiff filed her Petition on July 1, 2014.

2. The Plaintiff had the Defendants served and the Defendants' filed an Answer, Counterclaim and Affirmative Defenses on October 24, 2014.

3. The Plaintiff filed a Reply to the Counterclaim on October 30, 2014.

4. The Court held a Scheduling Conference on January 8, 2015, wherein all parties appeared and a Scheduling Order was entered by the Court.

5. The Plaintiff was granted leave by this Court and filed an Amended Complaint on January 30, 2015.

6. The Defendants were granted leave by this Court and filed an Amended Answer, Counterclaim and Affirmative Defenses on February 13, 2015.

7.	Since the Scheduling Conference, the Plaintiff has sought and obtained new employment with a different agency of the State of Oklahoma.

8.	Plaintiff's last day as an employee with the Defendants is February 13, 2015.

9.	The parties have agreed that it is in the best interest of everyone involved to dismiss this matter.

**THEREFORE, BY AGREEMENT OF THE PARTIES, IT IS HEREBY STIPULATED:**

The Plaintiff's Complaint and Amended Complaint are hereby dismissed without prejudice.

The Defendants Counterclaim and Amended Counterclaim are hereby dismissed without prejudice.

Each party will pay their own attorney's fees and costs incurred in this matter.

Dated:  February 13, 2015					Respectfully Submitted,


*/s/ Curtis G. Oler*					*/s/ Donald D. Maisch*
Curtis G. Oler, CA Bar #63689				Donald D. Maisch, OBA #12386
Attorney for the Plaintiff				Attorney for the Defendants
LAW OFFICES OF CURTIS G. OLER			General Counsel, Oklahoma State
P.O. Box 15083						Department of Health
San Francisco, California  94115			State of Oklahoma
Telephone:  (451)346-8015				(Oklahoma State Health Department)
Fax:  (415) 346-8238					1000 N. E. 10th Street
c.oler@sbcglobal.net					Oklahoma City, OK  73117
							(405) 271-6017
							Fax:  (405) 271-1268
							DonM@Health.ok.gov